United States District Court - Southern District of New York

| | |
|---|---|
| VEERMAN, ET AL. | ) Index No.: 08CV5042 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| DEEP BLUE GROUP, LLC. ET AL. | ) |
| | ) |
| Defendant | ) |

STATE OF New York: COUNTY OF New York    ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.   That on JUNE 25, 2008 at 11:30 AM at 130 EAST 57TH STREET, NEW YORK, NY 10022, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT on ANTOINE BLECH therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to JIMENA PREYRA, the COWORKER of ANTOINE BLECH, a person of suitable age and discretion.   Said premises is intended recipient's PLACE OF BUSINESS within the state.

On 6/30/2008 Deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and not indicating on the wrapper that the correspondence pertained to a lawsuit or was from an attorney, properly addressed to the above intended recipient at 130 EAST 57TH STREET, NEW YORK, NY 10022 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: White     Hair: Blonde     Glasses: Yes     Age: 50     Height: 5'10"     Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Valcin_
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this __2nd__ day of __July__, 2008.

Notary Public   My Commission Expires: 3/28

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC   •   20 Vesey Street, PH, New York, NY 10007   •   (212) 227-9600