United States District Court - Southern District of New York

| | |
|---|---|
| VEERMAN, ET AL. | ) Index No.: 08CV5042 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| DEEP BLUE GROUP, LLC. ET AL. | ) |
| | ) |
| Defendant | ) |

STATE OF New York: COUNTY OF New York        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on JUNE 25, 2008 at 11:30 AM at 130 EAST 57TH STREET, NEW YORK, NY 10022, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT on DEEP BLUE GROUP, LLC therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to JIMENIA PREYRA personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the MANAGER thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Blonde    Glasses: Yes    Age: 50    Height: 5'10"    Weight: 135

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Deep Blue Group.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this __2nd__ day of __July__, 2008.

_____
Notary Public                 My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009