# Leonard Zack & Associates

Attorneys at Law
110 East 55th Street, 14th Floor
New York, NY 10022

Leonard Zack*
Linda Fridegotto

*Member NY & PA Bars

212-754-4050 Phone
212-759-8890 Fax

July 8, 2008

VIA UNITED LAWYERS SERVICE

Hon. William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007



AUG - 5 2008

CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re:    Beatriz Veerman and Khadijetou ("Kadia") Ba v. Deep Blue Group LLC, Opia, Frederick Lesort and Antoine Blech (a/k/a Antoine Bleck) Southern District of New York, 08 Civ. 5042 (WHP)

Dear Justice Pauley,

Please allow this letter to confirm that the office of Leonard Zack & Associates hereby enters its appearance for the defendants in the above referenced case. Upon information and belief, service of the summons and complaint was made upon a person of suitable age and discretion at the individual defendants' place of business and the registered office of the corporate defendant on or about June 26, 2008. Affidavits of service are unavailable at this time and plaintiffs elected not to avail themselves of the waiver of service provisions of Rule 4(d).

I personally spoke to opposing counsel yesterday afternoon to advise him of our being retained as new counsel for defendants. Prior to the commencement of the instant lawsuit, Proskauer Rose LLP had represented defendants for the EEOC mediation proceedings and the transfer of the file has not taken place yet. I also indicated to Mr. Goldberg that our firm's principal Leonard Zack, Esq. would soon be leaving for his summer holiday and would not return until August 18, 2008 and that both our individual clients also had vacations planned during the coming weeks.

*Application granted. Defendants shall answer or otherwise respond to the complaint by August 25, 2008.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/8/2008

Hon. Pauley
July 9, 2008
Page 2

     In light of these circumstances, Mr. Goldberg kindly agreed to extend defendants' time to move, answer or otherwise plead. I therefore respectfully request that this Honorable Court grant defendants an extension of time until August 25, 2008 (approximately 60 days from service of process.)

Very truly yours,

Linda Fridegotto

Linda Fridegotto, Esq. (LF4290)

CC:   Kenneth A. Goldberg, Esq.