UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                        :
BEATRIZ VEERMAN et ano.,
                                                        :
                    Plaintiffs,                              08 Civ. 5042 (WHP)
                                                        :
            -against-                                       ORDER
                                                        :
DEEP BLUE GROUP L.L.C. et al.,
                                                        :
                    Defendants.
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

            The Clerk of the Court is directed to strike Defendants' Motion to Dismiss

(Docket No. 8) for failure to comply with this Court's individual practices.


Dated: September 2 , 2008
         New York, New York

                                SO ORDERED:


                                _____
                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

-1-

*Copies to:*

Kenneth Andrew Goldberg, Esq.
Goldberg & Fliegel LLP
60 East 42nd Street, Suite 3421
New York, NY 10165
*Counsel for Plaintiffs*

Linda Fridegotto, Esq.
Leonard Zack & Assocs.
110 East 55th Street
14th Floor
New York, NY 10022
*Counsel for Defendants*