Case 1:08-cv-05042-LAB   Document 16   Filed 11/24/2008   Page 1 of 1
Nov 21 2008 3:41PM  Goldberg & Fliegel LLP        212 973 9577        p.2
Case 1:08-cv-05042-WHP   Document 15   Filed 11/21/2008   Page 2 of 3
Nov 20 2008 4:29PM  Goldberg & Fliegel LLP        212 873 9577        p.2

Kenneth A. Goldberg, Esq. (KG 0295)
GOLDBERG & FLIEGEL LLP
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
BEATRIZ VEERMAN AND KHADIJETOU
("KADIA") BA,

        Plaintiffs,  :  08 Civ. 5042) (WHP)

    - against -  :  STIPULATION

DEEP BLUE GROUP LLC, OPIA,
FREDERICK LESORT, AND ANTOINE
BLECH (a/k/a Antoine Bleck),

        Defendants.
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Plaintiffs' time to file an amended complaint is hereby extended to December 5, 2008 and Defendants' time to respond thereto is extended to December 31, 2008. A facsimile signature on this Stipulation shall have the same force and effect as an original signature. Either party may file this Stipulation after it is fully executed.

Dated:  November 20, 2008
       New York, New York

GOLDBERG & FLIEGEL LLP                    LEONARD ZACK & ASSOCIATES

By: _/s/ Kenneth Goldberg_                By: _/s/ Leonard Zack_
    Kenneth Goldberg                              Leonard Zack
Attorneys for Plaintiffs                  Attorneys for Defendants
60 East 42nd Street, Suite 3421           110 East 55th Street 14th Floor
New York, New York 10165                  New York, New York 10022

SO ORDERED:

_/s/ William H. Pauley III_
WILLIAM H. PAULEY III U.S.D.J.
11/24/2008