UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
BEATRIZ VEERMAN et ano.,
:
               Plaintiffs,                   08 Civ. 5042 (WHP)
:
         -against-                     ORDER
:
DEEP BLUE GROUP L.L.C. et al.,
:
               Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        For the reasons stated more fully on the record, Defendants' motion for summary judgment (Docket No. 31) is denied. Defendants' failure to submit a Local Civil Rule 56.1 statement of facts constitutes sufficient grounds for denial of Defendants' motion. See T.Y. v. N.Y. City Dep't of Educ., 584 F.3d 412, 417 (2d Cir. 2009). Moreover, this Court finds that genuine issues of material fact abound. See Celotex Corp. v. Catrett, 477 U.S. 317, 322-23 (1986). Indeed, Defendants' counsel conceded at oral argument that Defendants failed to submit a reply to Plaintiffs' opposition papers because it would be futile.

Dated: January 8, 2010
      New York, New York

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                  U.S.D.J


*Counsel of Record:*

Kenneth Andrew Goldberg, Esq.
Goldberg & Fliegel LLP
60 East 42nd Street, Suite 3421
New York, NY 10016
*Counsel for Plaintiffs*

Leonard Zack, Esq.
Leonard Zack & Assocs.
110 East 55th Street
14th Floor
New York, NY 10022
*Counsel for Defendants*