UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BEATRIZ VEERMAN et ano.,

              Plaintiffs,

    -against-

DEEP BLUE GROUP LLC, OPIA, FREDERICK LESORT, AND
ANTOINE BLECH (a/k/a Antoine Bleck),
              Defendants.
----------------------------------------X

**SUBSTITUTION OF ATTORNEY**

IT IS HEREBY CONSENTED that HAVKINS ROSENFELD RITZERT & VARRIALE, LLP, 11 Penn Plaza, Suite 2101, New York, NY 10001, be substituted as attorneys of record for defendants, DEEP BLUE GROUP LLC, OPIA, FREDERICK LESORT, AND ANTOINE BLECH (a/k/a Antoine Bleck), in the above-entitled action in place and instead of LEONARD ZACK & ASSOCIATES, 405 Park Avenue, 10th floor, New York, NY 10001, as of the date thereof.

Dated: New York, New York
       January 14, 2010

**HAVKINS ROSENFELD RITZERT & VARRIALE, LLP**

By: _____
LINDA FRIDEGOTTO
Incoming Attorneys for Defendants
11 Penn Plaza, Suite 2101
New York, NY 10001
(212) 498-1598 tel.
HRRV File No.:11170-101

**LEONARD ZACK & ASSOCIATES**

By: _____
Leonard Zack
Outgoing Attorneys for Defendants
405 Park Avenue, 10th floor
New York, NY 10022
(212) 754-4050 tel.

**DEEP BLUE GROUP, LLC**

By: _____
Frederick Lesort, Managing Member

**FREDERICK LESORT**

By: _____
Frederick Lesort

**ANTOINE BLECH**

By: _____
Antoine Blech

Sworn to before me on this
15th day of January, 2010

_____
Notary Public

LINDA FRIDEGOTTO
Notary Public - State of New York
No. 02FR6202599
Qualified in New York County
Commission Expires 03/2013

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

1/29/2010