UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BEATRIZ VEERMAN et ano.,

                              Plaintiffs,                  08 Civ. 5042 (WHP) (LAB)

     -against-                                          **ORDER**

DEEP BLUE GROUP L.L.C. et al.,

                              Defendants.
------------------------------------------------------------X

     This case has been assigned to the Hon. Larry Alan Burns (S.D. Cal.) for all purposes, including trial. The Court held a telephonic conference with counsel on May 6, 2010 at 1:30 p.m. E.D.T. to discuss the status of the case and to confirm the trial date of **June 7, 2010 at 9:00 a.m.** This Order reiterates the Court's directives from the conference.

     First, trial of this case shall commence on June 7, 2010 at 9:00 a.m., and all parties and witnesses must be prepared to proceed at that time. Second, the parties must jointly submit proposed jury instructions no later than 12:00 p.m. E.D.T. on May 17, 2010. Any other pretrial materials, including any motions in limine, must also be filed by that time. Responses to motions in limine will be due no later than 12 p.m. EST on May 24, 2010. If necessary, the Court will hear oral argument on the motions, telephonically and on the record, on a date to be determined. Third, to the extent the parties are considering going

to mediation, they are urged to make a final decision within the next two weeks.

Fourth, counsel should be prepared to comply with the Court's standing order in civil cases, insofar as that order addresses jury selection and trials. Contemporaneous with the filing of this Order, the Court will fax pertinent excerpts of its standing order to all counsel. The full standing order is available online at [www.casd.uscourts.gov](www.casd.uscourts.gov) under the "Rules" menu.

    IT IS SO ORDERED.

Dated: May 6, 2010

                                                **HON. LARRY ALAN BURNS**
                                                United States District Judge