Kenneth A. Goldberg, Esq. (KG 0295)
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077
Attorneys For The Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x

BEATRIZ VEERMAN AND KHADIJETOU        :     **1:08-CV-05042-LAB**
("KADIA") BA,
                                      :

          Plaintiffs,
                                      :     **NOTICE OF PLAINTIFFS' MOTION
          - against -                       FOR ATTORNEYS' FEES AND COSTS**
                                      :     **AND PRE-JUDGMENT INTEREST**

DEEP BLUE GROUP LLC, OPIA,
FREDERICK LESORT, AND ANTOINE         :
BLECH (a/k/a Antoine Bleck),

                                      :
          Defendants.

- - - - - - - - - - - - - - - - -  x


     PLEASE TAKE NOTICE that, upon the Certification of Kenneth

A. Goldberg, dated July 23, 2010 and the exhibits thereto, the

Declaration of Jonathan S. Abady, Esq., dated July 20, 2010, the

Declaration of Raymond Nardo, Esq., dated July 20, 2010, and the

Memorandum of Law In Support of Plaintiffs' Motion, the

Plaintiffs, by their counsel, will move this Court before the

Honorable Larry Alan Burns, U.S.D.J., in the United States

Courthouse, Southern District of New York, 500 Pearl Street, New

York, New York, at such time as counsel may be heard, for an

Order pursuant to the Federal Rules of Civil Procedure, N.Y.C.

Admin. Code § 8-502, New York Labor Law § 215, and 42 U.S.C. §

2000e-5, granting Plaintiffs' Motion and awarding Plaintiffs

attorneys' fees, costs and pre-judgment interest, and for such

other and further relief as may be just and proper.

Dated:     July 23, 2010
           New York, New York

                              GOLDBERG & FLIEGEL LLP
                              /s/ Kenneth A. Goldberg
                    By:      _____
                              Kenneth A. Goldberg(KG0295)
                              Goldberg & Fliegel LLP
                              60 East 42nd Street, Suite 3421
                              New York, NY 10165
                              (212) 983-1077

                              Attorneys for Plaintiffs