# EXHIBIT F

### Linda Fridegotto

**From:** Jimena [jimena@opiarestaurant.com]
**Sent:** Thursday, January 29, 2009 11:26 AM
**To:** lfridegotto@lzack.com
**Subject:** Opia

Khadijetou Ba:

- Walked out on her shift on Saturday March 17 without notifying anybody. After half an hour looking for her, we realized that she wasn't in the house anymore.
The week after she was schedule to work and she did not showed up.
She called two weeks after to inquire about her paycheck and I provide her with our accountant phone number, because we return all the check of employees that are not longer with us
We presented an unsigned credit card from an inquiry of a client that came to Opia on January 13, all our employees are aware that if a client leave the premises and doesn't sign the credit card slip its their responsibility if they claim charges. This can be verify with any of our current employees that have been working for long term as Julio Tapia, Maryanne Warley, Dana Perry, or with any of our new employees that are aware or the same else well.

- She joined Antoine and his friends for a drink on April 21

- She mentioned to other employees about a car that was bought from a client, and she crashed it within a week, and then he bought her another one
This can be confirm by: Dana Perry / Maryanne Warley /
Maryanne Warley also made a comment about her conversations with clients and comments to the ones that where paying with Black Amex.


Beatriz Veerman:

- Did not showed up to work on Sunday May 13th.
The Schedule was posted on Friday the week before as we usually do every week. However the Sunday shift schedule was made in March and given to each employee
Up to May 27 (enclosed you will find a copy that was given to them. This was going to be her second Sunday for this period, please note she showed up
She worked on Monday May 14th and after her shift Kirill spoke with her and suspended her for two weeks, she never called back or returned to work.
Antoine called her that week and had a conversation about what happened, also he said to her that he was hoping she will return when she said she needed a break form Opia.

- Beatriz met her current boyfriend at Opia, they've been together for more than a year.

- You will find three credit card disputes that we had from clients in regards to the tip on their charges, we refund the difference claimed and was paid by Beatriz.

- Schedules:
A weekly Schedule is posted on Friday, all the employees can do a weekly schedule request and based on that we do our schedule ( enclosed you will find two samples that I found from Beatriz, because I thought the past one a week ago)
We can verify that for the period of time that they worked with us, they had rotated theirs shifts within weeks and weekend shifts, providing the schedule and time cards for the last years.

- Tip reports:
A daily tip report is made by each server and cocktail server. They collect their tips from credit card (if it's due) from the bar on the same day)
Tip breakdown in the lounge:
Cocktail servers tip out:




EXHIBIT 18
7-3-09

Bussers 20%
Bar 10%
Runner 10%
Maitre D' 5%

Servers during Lunch and dinner shifts  (this is applied to all servers working in the Dinning room)
Server 1 point
Busser 1/2 point
Runner 1/2 point
Bar 10%
Maitre D' 5% (only during lunch shifts)

With the exception of private functions that the tips are made by the Manager and the report is sent to the accountant who sends the amount of the tip to be paid to our staff.
In December the tips where paid by check, because it's more money than usually.

- A Bonus in the amount of $ 216.57 was given to each of them in December 2006.

- Daniel Costanzo (Bar Manager) was dismissed on November 2006 because his behavior with other employees

Jimena Pereyra
Catering Sales Director
Opia
130 East 57th Street  New York, NY 10022
P: 212-688-8448 F: 212-688-7819
www.opiarestaurant.com

No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.176 / Virus Database: 270.10.15/1923 - Release Date: 1/29/2009 7:13 AM

**Jimena**

**Subject:** Points
**Start:** Mon 6/4/2007 10:00
**End:** Mon 6/4/2007 10:30
**Recurrence:** (none)

Khadijetou Ba:

- Walked out on her shift on Saturday March 17 without notifying anybody. After half an hour looking for her, we realized that she wasn't in the house anymore.
The week after she was schedule to work and she did not showed up.
She called two weeks after to inquire about her paycheck and I provide her with our accountant phone number, because we return all the check of employees that are not longer with us
We presented an unsigned credit card from an inquiry of a client that came to Opia on January 13, all our employees are aware that if a client leave the premises and doesn't sign the credit card slip its their responsibility if they claim charges. This can be verify with any of our current employees that have been working for long term as Julio Tapia, Maryanne Warley, Dana Perry, or with any of our new employees that are aware or the same else well.

- She joined Antoine and his friends for a drink on April 21

- She mentioned to other employees about a car that was bought from a client, and she crashed it within a week, and then he bought her another one
This can be confirm by: Dana Perry / Maryanne Warley /
Maryanne Warley also made a comment about her conversations with clients and comments to the ones that where paying with Black Amex.


Beatriz Veerman:

- Did not showed up to work on Sunday May 13th.
The Schedule was posted on Friday the week before as we usually do every week. However the Sunday shift schedule was made in March and given to each employee
Up to May 27 (enclosed you will find a copy that was given to them, This was going to be her second Sunday for this period, please note she showed up
She worked on Monday May 14th and after her shift Kirill spoke with her and suspended her for two weeks, she never called back or returned to work.
Antoine called her that week and had a conversation about what happened, also he said to her that he was hoping she will return when she said she needed a break form Opia.

- Beatriz met her current boyfriend at Opia, they've been together for more than a year.

- You will find three credit card disputes that we had from clients in regards to the tip on their charges, we refund the difference claimed and was paid by Beatriz.

- Schedules:
A weekly Schedule is posted on Friday, all the employees can do a weekly schedule request and based on that we do our schedule ( enclosed you will find two samples that I found from Beatriz, because I thought the past one a week ago)
We can verify that for the period of time that they worked with us, they had rotated theirs shifts within weeks and weekend shifts, providing the schedule and time cards for the last years.

- Tip reports:
A daily tip report is made by each server and cocktail server. They collect their tips at the end of the shift's dues from the bar on the same day)
Tip breakdown in the lounge:
Cocktail servers tip out:
Bussers 20%
Bar 10%
Runner 10%

OPIA 00109

Maître D' 5%

Servers during Lunch and dinner shifts (this is applied to all servers working in the Dinning room)
Server 1 point
Busser 1/2 point
Runner 1/2 point
Bar 10%
Maître D' 5% (only during lunch shifts)

With the exception of private functions that the tips are made by the Manager and the report is sent to the accountant who sends the amount of the tip to be paid to our staff.
In December the tips where paid by check, because it's more money than usually.

- A Bonus in the amount of $ 216.57 was given to each of them in December 2006.

- Daniel Costanzo (Bar Manager) was dismissed on November 2006 because his behavior with other employees

**Jimena**

**Subject:** Employees
**Start:** Wed 6/6/2007 10:00
**End:** Wed 6/6/2007 10:30
**Recurrence:** (none)

Name: Ba, Khadijetou

Name: Beatriz Veerman



# CopyCat of evanston

1830 Sherman Avenue • Evanston, Illinois 60201 • Phone: 847.869.0000 • Fax: 847.869.7766
Computer Services: 847.869.8275 • http://copycat.org • copies@copycat.org • M-F 8-9, S-S 9-6

## Fax Cover Sheet

Date: 1/4/07

Number of pages including this sheet: 2

To: Magali
Company: OPIA
Department: ___
Fax: 212.647.7790

From: Julie Purcell
Company: ___
Department: ___
Telephone: ___

Subject: overcharged! copy of my receipt

OPIA 00112

```
************************************
                           TIME  6:59PM
DATE 12/28/06
MID 000001729485

              OPIA
PLEASE SIGN AND LEAVE THE MERCHANT COPY
   THE CUSTOMER COPY IS YOURS TO TAKE

                                S 12/06
VISA      04281              299617
AUTH 01/208   TBL 201  CHECK  BEATRIZ
                 LOUNGE
PURCHASE

                              120.00
AMOUNT         10.05
TAX 1                    ─────────────
          SUBTOTAL $      130.05
                                 15
             TIP $     ..............
                          131.00
          TOTAL $     ..............
                      ==============

          CUSTOMER COPY
```

OPIA 00113

American Express



## Inquiry Search Results > Case U362619

### Inquiry Status and Charge Details

| | | | |
|---|---|---|---|
| Status | Viewed | **Cardmember Name** | MONA ABOELNAGA |
| Flag Status | Unflagged | | |
| Hidden Items | Not Hidden | Cardmember # | |
| Type of Item | Non-Fraud | Cardmember # at Transaction | |
| **Disputed Amt.** | **$569.96** | Cardmember Address | |
| Charge Amt. | $569.96 | **Merchant #** | 6310462460 |
| Charge Date | 01/13/2007 | Location ID | OPIA |
| Received Date | 03/10/2007 | | |
| **Respond By** | **03/28/2007** | | |
| Days Left | 15 | | |

### Reason for the Inquiry

| | | | |
|---|---|---|---|
| Case Type | General Dispute (SEDIS) | Reason | Our mutual customer does not recognize this charge from your establishment and requests signed support. If you cannot provide documentation, please issue credit. (183) |
| Case Details | Charge Reference # N/A<br>Reference # 205000096<br>Dept. Code XX0598A | Additional Information | 3F23 #CM146 #CM710 OPIA NEW YORK NY 205000096 FOOD-BEV |

Generated: March 13, 2007 at 04:36:00 PM

```
**********************************
DATE  1/13/07            TIME  0:11AM
MID 000001729485         6310462460

              OPIA
PLEASE SIGN AND LEAVE THE MERCHANT COPY
  THE CUSTOMER COPY IS YOURS TO TAKE

AMEX      61000              S  1/09
AUTH 590090  TBL 231  CHECK  301325
PURCHASE         LOUNGE      KADIA


AMOUNT                        441.00
TAX 1       36.96
                         ------------
     SUBTOTAL  $      477.96

        TIP   $.   92.00

      TOTAL   $    569.96
              ============

SIGNATURE X............................
         ABDELNAGA MONA

I AGREE TO PAY TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

          MERCHANT COPY
**********************************
```

```
************************************
*       OPIA                       *
*       LOUNGE                     *
************************************
CHECK #  301325    1/13/07   0:21AM
SERVER       KADIA

SUBTOTAL           $    441.00
TAX 1          36.96
----------------------------------
TOTAL      $   477.96
TIPS       $    92.00
----------------------------------
PAID       $   569.96

TENDER     $   569.96  AMEX
************************************

            THANK YOU
```

OPIA 00115

# CC Slip request

Date of Request: 01/03/0?
Business: OPIA

Cardholder/contact: Julie PURCELL

Phone #: _____  Fax #: _____

Date of charge: 12/28

Card Number: _____

Amex ☐          Master ☐
Visa ☒          Diners ☐

Amount of charge: $150.06

Name of server if known: BEATRIZ

Reason of claim: Signed for $ 130.06

OPIA 00116

```
****************************************
DATE 12/28/06
MID 000001729485          TIME 6:59PM
```

OPIA
PLEASE SIGN AND LEAVE THI MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO TAKE

VISA      04261
AUTH 81828B   TBL 201   CHECK   S 12/08
PURCHASE         LOUNGE         299617
                                BEATRIZ

AMOUNT
TAX 1       10.05              120.00
                              --------
     SUBTOTAL  $     130.05

         TIP  $......2.95

        TOTAL $.....132.06
              ==============

SIGNATURE X...*(signature)*...
         PURCELL, JULIE B

I AGREE TO PAY TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

MERCHANT COPY
****************************************

---

****************************************
*   OPIA                              *
*   LOUNGE                            *
****************************************
CHECK # 299617   12/28/06   7:03PM
SERVER      BEATRIZ

SUBTOTAL         $   120.00
TAX 1       10.05
-----------------------------
TOTAL     $  130.05
TIPS      $   20.00
-----------------------------
PAID      $  150.05

TENDER    $  150.05   VISA
****************************************

         THANK YOU

OPIA 00117

# CC Slip request

Date of Request: 01/03/07
Business: OPIA

Cardholder/contact: Julie PURCELL

Phone #: _____  Fax #: _____

Date of charge: 12/28

Card Number: _____

Amex ☐    Master ☐
Visa ☒    Diners ☐

Amount of charge: $150.05

Name of server if known: BEATRIZ

Reason of claim: Signed for $120.05

OPIA 00118

# CC Slip request

Date of Request: 01/03/03
Business: OPIA

Cardholder/contact: Julie PURCELL

Phone #: _____  Fax #: _____

Date of charge: 12/28

Card Number: _____

Amex ☐            Master ☐
Visa ☒            Diners ☐

Amount of charge: $150.05

Name of server if known: BEATRIZ

Reason of claim: Signed for $130.05

OPIA 00118

American Express

 Inquiry Search Results > Case U362619

### Inquiry Status and Charge Details

| | | | |
|---|---|---|---|
| Status | Viewed | Cardmember Name | MONA ABOELNAGA |
| Flag Status | Unflagged | Cardmember # | |
| Hidden Items | Not Hidden | Cardmember # at Transaction | |
| Type of Item | Non-Fraud | Cardmember Address | |
| **Disputed Amt.** | **$569.96** | | |
| Charge Amt. | $569.96 | Merchant # | 6310462460 |
| Charge Date | 01/13/2007 | Location ID | OPIA |
| Received Date | 03/10/2007 | | |
| **Respond By** | **03/28/2007** | | |
| Days Left | 15 | | |

### Reason for the Inquiry

| | | | |
|---|---|---|---|
| Case Type | General Dispute (SEDIS) | Reason | Our mutual customer does not recognize this charge from your establishment and requests signed support. If you cannot provide documentation, please issue credit. (183) |
| Case Details | Charge Reference # N/A<br>Reference # 205000096<br>Dept. Code XX0598A | Additional Information | 3F23 #CM146 #CM710 OPIA NEW YORK NY 205000096 FOOD-BEV |

Generated: March 13, 2007 at 04:36:00 PM

```
DATE 1/13/07
MID 000001729485          TIME 0:11AM
                          6310462460
            OPIA
PLEASE SIGN AND LEAVE THE MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO TAKE

AMEX    61000
AUTH 580090                    S  1/09
         TBL 231   CHECK   301325
PURCHASE          LOUNGE      KADIA

AMOUNT
TAX 1      36.96              441.00
         ---------------------
SUBTOTAL  $        477.96
    TIP   $         92.00
  TOTAL   $        569.96
         =================

SIGNATURE X..................
           ABDELHAGA MONA

I AGREE TO PAY TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

      MERCHANT COPY
```

```
       OPIA
       LOUNGE

CHECK #  301326   1/13/07   0:21AM
SERVER      KADIA

SUBTOTAL           $    441.00
TAX 1      36.98
------------------------------
TOTAL      $    477.98
TIPS       $     92.00
------------------------------
PAID       $    569.98

TENDER     $    569.98   AMEX

       THANK YOU
```

P0177



PLAINTIFF'S EXHIBIT P30