Kenneth A. Goldberg, Esq. (KG 0295)
**GOLDBERG & FLIEGEL LLP**
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077
Attorneys For The Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| BEATRIZ VEERMAN AND KHADIJETOU ("KADIA") BA, | : | 1:08-CV-05042-LAB |
| | : | |
| Plaintiffs, | : | |
| | : | **NOTICE OF PLAINTIFFS' MOTION TO CORRECT THE JUDGMENT IN ACCORDANCE WITH FED. R. CIV. P. 60** |
| - against - | : | |
| | : | |
| DEEP BLUE GROUP LLC, OPIA, FREDERICK LESORT, AND ANTOINE BLECH (a/k/a Antoine Bleck), | : | |
| | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that, upon the Certification of Kenneth A. Goldberg, dated August 20, 2010 and the exhibits thereto, and the Memorandum of Law In Support of Plaintiffs' Motion, the Plaintiffs, by their counsel, will move this Court before The Honorable Larry Alan Burns, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, at such time as counsel may be heard, for an Order based on Rule 60 of the Federal Rules of Civil Procedure, granting Plaintiffs' Motion and correcting the judgment, and for such other and further relief as may be just and proper.

Dated: August 20, 2010
       New York, New York

                                        GOLDBERG & FLIEGEL LLP
                                      By: /s/Kenneth A. Goldberg
                                      Kenneth A. Goldberg(KG0295)
                                      Goldberg & Fliegel LLP
                                      60 East 42nd Street, Suite 3421
                                      New York, NY 10165
                                      (212) 983-1077

                                      Attorneys for Plaintiffs