```
USDC SDNY, J
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
BEATRIZ VEERMAN AND KHADIJETOU
("KADIA") BA,                          :   1:08-CV-05042-LAB

        Plaintiffs,            :

    - against -                      :   **REVISED PROPOSED JUDGMENT**

DEEP BLUE GROUP LLC, OPIA,             :
FREDERICK LESORT, AND ANTOINE
BLECH (a/k/a Antoine Bleck),           :

        Defendants.            :    # 10, 1270
- - - - - - - - - - - - - - - - - x

      The issues in the above-entitled action having been brought on for trial before the Honorable Larry A. Burns, United States District Judge, and a jury on June 11, 2010, and at the conclusion of the trial on June 16, 2010, the jury having returned a verdict: (1) on the claims that plaintiffs were subject to unlawful discrimination based on race, color, or national origin, the jury finds for the defendants; (2) on the claims that plaintiff Veerman was subject to unlawful sexual harassment or was retaliated against for opposing sexual harassment, the jury finds for defendants Opia and Deep Blue Group and Antoine Blech and for plaintiff Veerman against defendant Lesort; the jury having found for plaintiff Veerman for compensatory damages of $10,000 against defendant Lesort and punitive damages of $10,000 against defendant Lesort; (3) on the claims that plaintiff Ba was subject to unlawful sexual harassment or was retaliated against for opposing sexual harassment, the jury finds for defendants Opia and Deep Blue

Group and Lesort and for plaintiff Ba against defendant Blech; the jury having found for plaintiff Ba for punitive damages of $5,000 against defendant Blech; (4) as to plaintiffs' claims for Misappropriation of Gratuities, the jury finds for defendants Opia and Deep Blue Group; (5) on plaintiff Kadia Ba's claims that she was unlawfully discharged for opposing or objecting to defendants' demand that she pay an unpaid customer bill, the jury finds in favor of plaintiff Ba against all defendants; the jury finds that plaintiff Ba is entitled to damages of $3,000 against all defendants jointly and severally, no compensatory damages are awarded; the jury awarded plaintiff Ba punitive damages against Opia and Deep Blue Group of $24,000, against Lesort, none, and against Blech, none, it is,

**ORDERED, ADJUDGED AND DECREED**: That on the claim that plaintiffs were subject to unlawful discrimination based on race, color or national origin, the jury finds for the defendants; on the claim that plaintiff Veerman was subject to unlawful sexual harassment or was retaliated against for opposing sexual harassment, the jury finds for the defendants Opia and Deep Blue Group and Antoine Blech, and for plaintiff Veerman against defendant Frederick Lesort; the jury having found for plaintiff Veerman for compensatory damages of $10,000 against defendant Lesort and punitive damages of $10,000 against defendant Lesort; on the claims that plaintiff Ba was subject to unlawful sexual harassment or was retaliated against for opposing sexual

harassment, the jury finds for the defendants Opia and Deep Blue Group and Frederick Lesort, and for plaintiff Ba against defendant Blech; the jury having found for plaintiff Ba for punitive damages of $5,000 against defendant Blech; as to plaintiffs' claims for Misappropriation of Gratuities, the jury finds for defendants Opia and Deep Blue Group; and on plaintiff Ba's claims that she was unlawfully discharged for opposing or objecting to defendants' demand that she pay an unpaid customer bill the jury finds that Kadia Ba is entitled to damages of $3,000 against all defendants jointly and severally, no compensatory damages are awarded; the jury awarded plaintiff Ba punitive damages against Opia and Deep Blue of $24,0000, against Lesort, none, and against Blech, none.

**DATED:** New York, New York

_12/20_, 2010

**SO ORDERED**

_Larry A. Burns_
USDJ

RUBY J. KRAJICK
Clerk of the Court

By: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

-3-